**DECLARATION OF REED GRANTHAM**

I, Reed Grantham, hereby declare as follows:

1. I am counsel of record for Timothy Panuco in Eastern District of California Case Number 1:24-cr-00090-JAM-BAM.

2. On January 24, 2025, I received an email from an individual named Jacob Sommer. His email signature indicated that he was a "Shareholder" at "ZwillGen PLLC," with an office located in Washington, D.C. He stated in his email that he worked with Discord in responding to subpoenas. In his email, he requested that he and I set a time to meet and confer regarding the January 8, 2025 subpoena for records.

3. That same day, I responded via email to Mr. Sommer and proposed several dates and times for a phone call the following week.

4. After a series of scheduling emails, we set a phone call for January 29, 2025.

5. On January 29, 2025, I spoke with Mr. Sommer over the phone. During the phone call, Mr. Sommer indicated that he would attempt to determine whether Discord had any records responsive to the language of Attachment A to the January 8, 2025 subpoena for records.

6. On February 19, 2025, Mr. Sommer emailed me and indicated that he had an update and that it would be easiest to talk over the phone.

7. That same day, I responded via email and proposed a call the following day, on February 20, 2025.

8. On February 25, 2025, since I had not received a response from Mr. Sommer, I sent a follow-up email and proposed a phone call for the following day. In addition, I indicated that if a phone call was not necessary that he could email me any materials responsive to the language of Attachment A to the January 8, 2025 subpoena for records.

9. On February 28, 2025, Mr. Sommer called me on the phone. During the call, Mr. Sommer indicated that Discord did not have records that were specifically

responsive to the language of Attachment A to the January 8, 2025 subpoena for records.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is subject to penalty for perjury.

Executed this 6th day of June, 2025, in Fresno, California.

_____
REED GRANTHAM